DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCOS SURITA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-244 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| MARCOS SURITA, | ) | |
| Defendant. | ) | Date:   August 12, 2011<br>Time:   9:00 a.m.<br>Judge:  Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference hearing date of Friday, July 22, 2011, be vacated and a new status conference hearing date of Friday, August 12, 2011, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to review the plea agreement with the client.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including August 12, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

/ / /

/ / /

by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: July 21, 2011

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    */s/ Matthew C. Bockmon*
                    MATTHEW C. BOCKMON
                    Assistant Federal Defender
                    Attorney for Defendant
                    MARCOS SURITA

Dated: July 21, 2011              BENJAMIN B. WAGNER
                    United States Attorney

                    */s/ Matthew C. Bockmon for*
                    WILLIAM S. WONG
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 21, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for July 22, 2011, be vacated and that the case be set for **August 12, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including August 12, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: July 21, 2011

                    GARLAND E. BURRELL, JR.
                    United States District Judge

3