```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCOS SURITA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MARCOS SURITA, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>_____) | NO. CR-S-11-244 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: 　September 16, 2011<br>Time: 　9:00 a.m.<br>Judge: 　Garland E. Burrell, Jr. |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference hearing date of Friday, August 26, 2011, be vacated and a new status conference hearing date of Friday, September 16, 2011, at 9:00 a.m., be set.

　　　　The reason for this continuance is because defense counsel needs additional time to travel to the Butte County Jail to review the plea agreement with defendant.

　　　　It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including September 16, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

/ / /

/ / /

by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: August 24, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARCOS SURITA

Dated: August 24, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

                                           /s/ Matthew C. Bockmon for
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 25, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, August 26, 2011, be vacated and that the case be set for **Friday, September 16, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including September 16, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  August 25, 2011

GARLAND E. BURRELL, JR.
United States District Judge