DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCOS SURITA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>MARCOS SURITA,<br><br>  Defendant. | NO. CR-S-11-244 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:   October 14, 2011<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, MARCOS SURITA, that the status conference hearing date of Friday, September 16, 2011, be vacated and a new status conference hearing date of Friday, October 14, 2011, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to research defendant's alleged priors and to consult with defendant at the Butte County Jail.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 14, 2011, pursuant to 18 U.S.C.

/ / /

/ / /

/ / /

1  §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: September 14, 2011

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Matthew C. Bockmon*
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MARCOS SURITA

Dated: September 14, 2011                   BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Matthew C. Bockmon for*
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on September 14, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, September 16, 2011, be vacated and that the case be set for **Friday, October 14, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: September 14, 2011

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge