

FILED

OCT - 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )    Case No. 2:11-cr-00244-GEB
              Plaintiff,           )
                                   )
       v.                          )    ORDER FOR RELEASE OF PERSON
                                   )    IN CUSTODY
MARCOS SURITA,                     )
                                   )
              Defendant.           )
_____  )

TO UNITED STATES MARSHALL:

        This Order authorizes and directs you to release Marcos Surita

from custody.

Dated:  September 28, 2012

                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge